**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD NG, an individual,<br><br>     Plaintiff,<br>  v.<br><br>AT&T MOBILITY SERVICES LLC, a<br>Delaware Limited Liability Company; and<br>DOES 1-100, jointly and severally,<br><br>     Defendants. | Case No.: 11-CV-4654-LHK |
| JAMES GUBATAN, an individual,<br><br>     Plaintiff,<br>  v.<br><br>AT&T MOBILITY SERVICES LLC, a<br>Delaware Limited Liability Company; and<br>DOES 1-100, jointly and severally,<br><br>     Defendants. | Case No.: 11-CV-4655-LHK |
| MAHSA AFSHARPOUR, an individual,<br><br>     Plaintiff,<br>  v.<br><br>AT&T MOBILITY SERVICES LLC, a<br>Delaware Limited Liability Company; and<br>DOES 1-100, jointly and severally,<br><br>     Defendants. | Case No.: 11-CV-4656-LHK<br><br><br><br>ORDER REFERRING MATTERS FOR<br>RELATED CASE DETERMINATION |

Pursuant to Civil Local Rule 3-12(c), the above captioned matters are hereby referred to the

Honorable Edward J. Davila for a determination as to whether they are related to *Tong v. AT&T*

*Mobility Services LLC*, 11-CV-4651-EJD, and/or *Diez v. AT&T Mobility Services LLC*, 11-CV-

04652-EJD.

**IT IS SO ORDERED.**

November 22, 2011

            _____

            LUCY H. KOH
            United States District Judge